An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BDJ INVESTMENTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
          Appellant,
vs.
NATIONSTAR MORTGAGE, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
          Respondent.

No. 66413

**FILED**

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER GRANTING MOTION TO REMAND AND DISMISSING APPEAL*

The parties have filed a motion to remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it will "vacate its [prior order] and would enter an order denying Nationstar's motion for summary judgment and vacating BDJ's countermotion for summary judgment, and thereby allow litigation to continue consistent with the holdings in the Nevada Supreme Court's *SFR Investments* opinion."

Cause appearing, we grant the motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

15-04329

district court decline to grant the relief requested.[1]  Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Jerry A. Wiese, District Judge
        Maier Gutierrez Ayon, PLLC
        McCarthy & Holthus, LLP/Las Vegas
        Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.